PROB 12C
(6/16)

Report Date: December 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Ray Myers | Case Number: 0980 2:15CR00045-SMJ-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of ReSentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Resentencing:<br>(July 28, 2020) | Prison - Time Served (1,245 days)<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Stephanie Van Marter | Date Supervision Commenced: | July 28, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 27, 2023 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Myers violated the terms of his supervised release by associating with Erica L. Elmgren, a convicted felon, on or about December 15, 2020.<br><br>On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On December 15, 2020, Mr. Myers was a passenger in a vehicle that was pulled over by the Airway Heights Police Department. He called the undersigned officer on December 16, 2020, to report the law enforcement contact.  When questioned about the traffic stop and |

Prob12C
**Re: Myers, Christopher Ray**
**December 18, 2020**
**Page 2**

who was in the vehicle, Mr. Myers stated he was "with his wife and some friends" and they were "headed to the casino."  The following day the undersigned officer learned that the driver of the vehicle, Erika L. Elmgren, had been arrested on a warrant.  Mr. Myers was fully aware Ms. Elmgren is a convicted felon.  On December 2, 2020, the undersigned officer informed Mr. Myers he was prohibited from associating with Ms. Elmgren.

2          **Special Condition #4:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:**  It is alleged Mr. Myers violated the terms of his supervised release by using methamphetamine on or about December 16, 2020.

On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision.

On December 16, 2020, the color of the day for urinalysis testing at Pioneer Human Services was brown, Mr. Myers' assigned color for random urinalysis testing.  Mr. Myers provided a urine sampled that yielded a positive result for the presence of methamphetamine.  When initially questioned by the undersigned officer, he was not honest and denied using any illicit drugs.  The following day when he was questioned again, he admitted to the use of methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/18/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Myers, Christopher Ray**
**December 18, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_12/18/2020_____
Date