PROB 12C
(6/16)

Report Date: January 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Ray Myers | Case Number: 0980 2:15CR00045-SMJ-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of ReSentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 18, 2017

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 77 months    Type of Supervision: Supervised Release |
| | TSR - 36 months |
| Resentencing: (July 28, 2020) | Prison - Time Served (1,245 days) |
| | TSR - 36 months |
| Asst. U.S. Attorney: | Stephanie Van Marter    Date Supervision Commenced: July 28, 2020 |
| Defense Attorney: | Colin G. Prince    Date Supervision Expires: July 27, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:**  It is alleged Mr. Myers violated the terms of his supervised release by failing to appear for urinalysis testing, as directed, on January 8, 2021. |
| | On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision. |
| | On January 8, 2021, the color of the day for urinalysis testing was brown, Mr. Myers' assigned color for urinalysis testing. The undersigned was informed by Pioneer Human Services (PHS) that Mr. Myers failed to appear, as directed. |

Prob12C
Re: Myers, Christopher Ray
January 14, 2021
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition #4:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** It is alleged Mr. Myers violated the terms of his supervised release by using heroin on or about January 10, 2021.

On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision.

On January 11, 2021, Mr. Myers was directed to submit to urinalysis testing, and the urine sample was presumptive positive for morphine. Mr. Myers admitted to the use of heroin on January 10, 2021, and he signed an admission form.

5    **Special Condition #4:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence** It is alleged Mr. Myers violated the terms of his supervised release by using methamphetamine on or about January 10, 2021.

On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision.

On January 12, 2021, the color of the day for urinalysis testing at PHS was brown, Mr. Myers' assigned color for random urinalysis testing. Mr. Myers provided a urine sample that yielded a positive result for the presence of methamphetamine. He signed an admission form admitting to the use of methamphetamine on January 10, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/14/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Myers, Christopher Ray**
**January 14, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

01/14/2021
Date