PROB 12C
(6/16)

Report Date: January 27, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christopher Ray Myers | Case Number: 0980 2:15CR00045-SMJ-1 |
| Address of Offender: , Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of ReSentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Re-sentencing:<br>(July 28, 2020) | Prison - Time Served (1,245 days)<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | July 28, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | July 27, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2020 and 01/14/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number

6          **Special Condition #4:** You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:**  It is alleged Mr. Myers violated the terms of his supervised release by using morphine on or about January 26, 2021.

On August 20, 2020, the undersigned officer reviewed Mr. Myers' conditions of supervision with him.  He signed his judgment acknowledging an understanding of his conditions of supervision.

On January 26, 2021, the color of the day for urinalysis testing at Pioneer Human Services (PHS) was brown, Mr. Myers' assigned color for random urinalysis testing.  Mr. Myers

Prob12C
**Re: Myers, Christopher Ray**
**January 27, 2021**
**Page 2**

provided a urine sample that yielded a positive result for the presence of morphine. Mr. Myers denied the use of illicit drugs after being questioned.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/27/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

01/27/2021
Date