PROB 12C
(6/16)

Report Date: July 29, 2022

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Christopher Ray Myers | Case Number: 0980 2:15CR00045-SMJ-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (November 9, 2021) | Prison - 30 days; TSR - 35 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: June 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: May 2, 2025 |

**PETITIONING THE COURT**

To issue a summons.

On June 6, 2022, the conditions of supervision were reviewed with Mr. Myers. He signed his judgment acknowledging an understanding of his conditions of supervision, to include abstaining from the use of illegal controlled substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: It is alleged Mr. Myers is in violation of his conditions of supervised release by using methamphetamine on or around July 9 and 21, 2022. |
| | On July 13, 2022, Mr. Myers submitted to random urinalysis testing at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine. Mr. Myers admitted to the use of methamphetamine on or around July 9, 2022, via a written statement. The laboratory later confirmed the test was positive for methamphetamine. |

Prob12C
Re: Myers, Christopher Ray
July 29, 2022
Page 2

On July 21, 2022, Mr. Myers reported to the probation office to submit to a urinalysis test. The urine sample was presumptive positive for methamphetamine. Mr. Myers denied he consumed additional methamphetamine. The urine sample was sent to the contract laboratory and was later confirmed to be positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

07/29/2022
Date