PROB 12C
(6/16)

Report Date: August 2, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2022

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Christopher Ray Myers | | Case Number: 0980 2:15CR00045-SMJ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99204 | | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | | |
| Date of Original Sentence: August 18, 2017 | | |
| Original Offense: | Felon in possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (November 9, 2021) | Prison - 30 days; TSR - 35 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: June 3, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 2, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/29/2022.

On June 6, 2022, the conditions of supervision were reviewed with Mr. Myers. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On August 1, 2022, Mr. Myers reported to the probation office at the direction of the undersigned officer to submit to urinalysis testing after he disclosed he had used methamphetamine on or around July 29, 2022. |
| | Mr. Myers submitted to urinalysis testing, which tested presumptive positive for methamphetamine. He admitted to the use of methamphetamine via verbal and written statements. |

Prob12C
Re: Myers, Christopher Ray
August 2, 2022
Page 2

| | | |
|---|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | |

**Supporting Evidence**: It is alleged Mr. Myers is in violation of his conditions of supervised release by using fentanyl on or around July 29, 2022.

On August 1, 2022, Mr. Myers reported to the probation office at the direction of the undersigned officer to submit to urinalysis testing after he disclosed he had used fentanyl on or around July 29, 2022.

Mr. Myers submitted to urinalysis testing, which tested presumptive positive for fentanyl. He admitted to the use of fentanyl via verbal and written statements.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

08/02/2022
Date