PROB 12C
(6/16)

Report Date: August 18, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Christopher Ray Myers | Case Number: | 0980 2:15CR00045-SMJ-1 |
| Address of Offender: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, WA 99260 | | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 77 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence (November 9, 2021) | Prison - 30 days; TSR - 35 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | June 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | May 2, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/29/2022, and 08/02/2022.

On June 6, 2022, the conditions of supervision were reviewed with Mr. Myers. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Myers violated his conditions of supervised release by using methamphetamine and morphine on or around August 10, 2022. |
| | On August 10, 2022, Mr. Myers provided a urine sample at the U.S. Probation Office. The urine sample tested presumptive positive for methamphetamine and morphine. Mr. Myers denied illicit drug use. The urine sample was sent to the contract laboratory for further testing, which later confirmed a positive test for both methamphetamine and morphine. |

Prob12C
**Re: Myers, Christopher Ray**
**August 18, 2022**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 18, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

08/18/2022
Date