PROB 12C
(6/16)

Report Date: November 4, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 07, 2022**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Ray Myers         Case Number: 0980 2:15CR00045-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. Circuit Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (November 9, 2021) | Prison - 30 Days; TSR - 35 Months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | June 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | May 2, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 7/29/2022, 8/2/2022 and 8/18/2022.

On June 6, 2022, the conditions of supervision were reviewed with Mr. Myers. Mr. Myers subsequently signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

5        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Myers is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 26, 2022, and by ingesting Fentanyl on or about October 27, 2022, based on urinalysis testing.

Specifically, on October 26, 2022, Mr. Myers reported to the U.S. Probation Office in Spokane, Washington, as directed by the undersigned officer, to participate in urinalysis testing, among other things. Mr. Myers subsequently provided a urine sample that tested presumptive positive for multiple substances to include Fentanyl, marijuana, and methamphetamine. Mr. Myers denied any such use and the sample was forwarded to the lab

Prob12C
Re: Myers, Christopher Ray
November 4, 2022
Page 2

for verification. It should be noted, laboratory confirmation was later received relative to both the client's alleged use of marijuana and Fentanyl, which proved the sample as being negative for these substances.

On October 27, 2022, Mr. Myers submitted to urinalysis testing with his outpatient chemical dependency treatment provider in Spokane, after which the sample was packaged and forwarded to their delegated laboratory for further testing.

On November 2, 2022, the undersigned officer was contacted by the client's outpatient chemical dependency counselor who advised that the client's October 27, 2022, urine sample had returned from the lab being confirmed positive for Fentanyl and alcohol. The provider subsequently provided to the undersigned officer the referenced lab report for the purpose of verification.

On November 3, 2022, Mr. Myer was contacted telephonically regarding the returned positive laboratory report, to which he adamantly denied intentional use of Fentanyl, but did admit to having ingested alcohol, indicating he thought he could do so. Mr. Myers did admit having chewed on some pen casings in the past, which after further examination he suspected may have been used previously to ingest illicit substances.

On November 4, 2022, the lab report specific to Mr. Myers' October 26, 2022, submitted urine sample, specific to his use of methamphetamine, was received by the undersigned officer in which the report confirmed the presence of methamphetamine as being in the sample submitted by the client.

| | |
|---|---|
| 6 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Myers is alleged to have violated special condition number 6 by ingesting alcohol on or about October 27, 2022, based on both urinalysis testing and the client's admission of such use.

Specifically, on October 27, 2022, Mr. Myers submitted to urinalysis testing with his outpatient chemical dependency treatment provider in Spokane, after which the sample was packaged and forwarded to their delegated laboratory for all results.

On November 2, 2022, the undersigned officer was contacted by the client's outpatient chemical dependency counselor who advised that the client's October 27, 2022, urine sample had returned from the lab as being confirmed positive for Fentanyl and alcohol. The provider subsequently provided to the undersigned officer the referenced lab report for the purpose of verification.

On November 3, 2022, Mr. Myers was contacted telephonically with regard to the positive result, at which time Mr. Myers admitted to having previously ingested a beer on or about Monday, October 24, 2022, after Monday night football. Mr. Myers further indicated he had forgotten that the Court had imposed a condition prohibiting such conduct.

Prob12C
Re: Myers, Christopher Ray
November 4, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/04/2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

November 7, 2022
Date