PROB 12C
(6/16)

Report Date: November 18, 2022

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Ray Myers | Case Number: 0980 2:15CR00045-TOR-1 |
| Address of Offender: ███████████ Spokane, WA  99205 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. Circuit Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 77 Months;<br>TSR - 36 Months | Type of Supervision: | Probation |
| Revocation Sentence:<br>(November 9, 2021) | Prison - 30 Days;<br>TSR - 35 Months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | June 3, 2022 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | May 2, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/29/2022, 08/02/2022, 08/18/2022, and 11/4/2022.

On June 6, 2022, the conditions of supervision were reviewed with Mr. Myers. Mr. Myers subsequently signed his judgment acknowledging an understanding of his conditions of supervision

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Myers is alleged to have violated mandatory condition number 2 on or about November 3, 2022, by having in his possession at the time of arrest a letter later determined to contain methamphetamine.<br><br>Specifically, on November 3, 2022, the undersigned officer received a phone call the client's assigned Washington State Department of Corrections community corrections officer who indicated that she had taken the client into custody following a search of his personal |

Prob12C
Re: Myers, Christopher Ray
November 18, 2022
Page 2

residence revealed that he was in possession of bear spray, a restricted item based on his conditions of supervision with the entity. The officer advised that she had planned and undertaken the search in response to information received from the Washington State Department of Corrections investigations and intelligence unit that Mr. Myers was alleged to have been "soaking" letters in methamphetamine and then mailing them in to state institutions throughout the state. The officer further indicated that these letters had been mailed into the institutions with a return address belonging to the client, and showing as being sent by one "Christina Myers."

On November 4, 2022, the undersigned officer again spoke with the community corrections officer who indicated that after the search of Mr. Myers residence on November 3, 2022, that they had returned to his then place of employment in Spokane where he had originally been arrested by their agency on November 3, 2022, prior to their transporting Mr. Myers to his residence for their conducted search. The officer elaborated that they then acquired several additional personal effects that he had left at the location, to include a backpack. The individual that they acquired the effects from verified to officers that the effects had not been opened or accessed in their absence. A subsequent search of the backpack yielded a sealed letter addressed to a Washington State inmate at Washington Corrections Center. The letter reflected the client's current address as the return address, with the sending party being one "Christina Meyers."

On November 9, 2022, field reports specific to the search conducted on November 3, 2022, as well as a photo of the envelope seized, were received by the undersigned officer. On November 4, 2022, additional conversations were had with the Airway Heights Corrections Center intelligence and investigations chief, as well as a representative from the safe streets, task force in Spokane. Both parties indicated that the located letter had been sent for laboratory analysis and testing, and that they suspected that it may return as containing illicit substances, consistent with their investigation. Both parties additionally indicated that additional documentation was being collected in pursuit of formal charges relative to this conduct.

On November 17, 2022, the crime lab report specific to the letter seized in this case was received by the undersigned officer. According to the report, originally drafted by the Washington State Patrol Crime Lab, laboratory testing identified the presence of both isopropyl alcohol and methamphetamine in the letter. It should be noted that according to reports received from the department of corrections, envelopes, stationary, stamps, and a "partial plastic bottle" of isopropyl alcohol, which registered a "faint presumptive positive" during field testing were also seized during the search of the client's residence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | November 18, 2022 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Myers, Christopher Ray
November 18, 2022
Page 3

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

November 18, 2022
Date