PROB 12C
(6/16)

Report Date: January 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Ray Myers                Case Number: 0980 2:15CR00045-TOR-1

Address of Offender: ████████████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Resentence: (July 28, 2020) | Prison - 1,245 Days; TSR - 36 Months | |
| Revocation Sentence: (November 9, 2021) | Prison - 30 Days; TSR - 35 Months | |
| Revocation Sentence: (December 15, 2022) | Prison - 10 Months; TSR - 25 Months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: September 10, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2024.

On August 15, 2023, Mr. Christopher Myers signed his conditions relative to case number 2:15CR00045-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
Re: Myers, Christopher Ray
January 12, 2024
Page 2

**Supporting Evidence**: Mr. Myers is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, fentanyl, and cocaine, previously occurring on or about January 5, 2024, based on urinalysis testing.

As the Court may recall, Mr. Myers previously admitted having ingested what he believed to be heroin, occurring on or about January 5, 2024, prior to surrendering to the Spokane Residential Reentry Center (RRC) for public law placement. Mr. Myers clarified that the substance ingested was located by him in his property, on a piece of foil. Mr. Myers admitted to having smoked the substance, and indicated that while he believed the substance to be heroin, it was also possible that it was, or had in it, fentanyl. This conduct was previously reported to the Court in the petition dated January 9, 2024.

On January 11, 2024, the undersigned officer received the laboratory confirmation report from the Spokane RRC revealing the result of the client's intake urinalysis test submitted by him at the facility on January 5, 2024. According to the report, the client's submitted urinalysis test was confirmed as positive for fentanyl, methamphetamine, and cocaine. The test also reflected positive for methadone, consistent with his current medication.

On January 11, 2024, Mr. Myers was contacted telephonically by the undersigned officer, and he later reported to the U.S. Probation Office as directed. Mr. Myers denied any intentional or knowing use of either methamphetamine or cocaine, again stating that he believed that he used heroin and possibly fentanyl. Mr. Myers again submitted to urinalysis testing as a part of the interaction, which tested presumptive positive for cocaine. Mr. Myers denied any use of any illicit substance occurring since January 5, 2024, and indicated the sample would return from the lab as either negative or at a level indicative of residual elimination. The sample was packaged and forwarded to the lab for confirmation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Myers, Christopher Ray
January 12, 2024
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: *All pending violations will be addressed at the Revocation of Supervised Release Hearing set for 2/15/2024.*

Thomas O. Rice
United States District Judge

January 16, 2024
Date