PROB 12C  
(6/16)

Report Date: January 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Ray Myers          Case Number: 0980 2:15CR00045-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Court Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Resentence: (July 28, 2020) | Prison - 1,245 Days; TSR - 36 Months | |
| Revocation Sentence: (November 9, 2021) | Prison - 30 Days; TSR - 35 Months | |
| Revocation Sentence: (December 15, 2022) | Prison - 10 Months; TSR - 25 Months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: September 10, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2024, and 01/12/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
Re: Myers, Christopher Ray
January 18, 2024
Page 2

**Supporting Evidence**: Mr. Myers is alleged to have violated standard condition number 5 by residing somewhere other than his assigned residence since January 14, 2024, without providing notification to the undersigned officer.

Specifically, on January 17, 2024, the undersigned officer received a text message from the client's cousin and sponsor, indicating that she was "really worried" about the client as he had not resided at her residence since Sunday, January 14, 2024. It should be noted that Mr. Myers' cousin's residence is his address of record with the U.S. Probation Office and has been previously approved by the undersigned officer. The contact further indicated that he has not informed her of where he was staying, although stated that he has been by on occasion to pick up personal belongings as needed.

On January 17, 2024, a voice mail and text message were left for and sent to the client by the undersigned officer, requesting immediate contact. These messages have since gone without response.

6  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Myers is alleged to have violated special condition number 5 by failing to report to the U.S. Probation Office on January 17, 2024, for urinalysis testing as directed.

Specifically, on January 10, 2024, Mr. Myers presented before U.S. Magistrate Judge Alexander C. Ekstrom, for the purpose of his initial appearance, in response to previously alleged violations 1-3, previously reported to the Court in the petition dated January 9, 2024. During the hearing, Mr. Myers was elevated in his allowable rate of random urinalysis testing. As a result, Mr. Myers was retained on random urinalysis testing, as conducted by the contract provider, but was assigned a more frequent color and directed to report to the U.S. Probation Office for testing any day that the designated color was called by the provider, to which Mr. Myers agreed.

On January 17, 2024, Mr. Myers' assigned color was called by the contract provider; however, Mr. Myers failed to report to the U.S. Probation Office for urinalysis testing as previously directed. Attempts to contact Mr. Myers on the day in question have since gone without response, and collateral contact with the client's cousin have revealed that Mr. Myers has since changed his primary residence without notification to the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

Prob12C
**Re: Myers, Christopher Ray**
**January 18, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 18, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[X]    Other: The Revocation of Supervised Release Hearing scheduled for 2/15/2024 remains set.

Thomas O. Rice
United States District Judge
January 18, 2024
Date