PROB 12C
(6/16)

Report Date: January 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Ray Myers        Case Number: 0980 2:15CR00045-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 18, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Resentence:<br>(July 28, 2020) | Prison - 1,245 Days;<br>TSR - 36 Months | |
| Revocation Sentence:<br>(November 9, 2021) | Prison - 30 Days;<br>TSR - 35 Months | |
| Revocation Sentence:<br>(December 15, 2022) | Prison - 10 Months;<br>TSR - 25 Months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 11, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: September 10, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2024, 01/12/2024, and 01/18/2024.

On August 15, 2023, Mr. Christopher Myers signed his conditions relative to case number 2:15CR00045-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

Prob12C
Re: Myers, Christopher Ray
January 22, 2024
Page 2

**Supporting Evidence**: Mr. Myers is alleged to have violated mandatory condition number 3 by ingesting cocaine, as previously occurring on or about January 11, 2024, based on urinalysis testing.

On January 11, 2024, Mr. Myers reported to the U.S. Probation Office in Spokane as directed for the purpose of urinalysis testing. Mr. Myers subsequently provided a urinalysis sample that tested presumptive positive for cocaine, although denied any recent use of the substance. Mr. Myers further maintained that his last known use of any illicit substance, occurred on January 5, 2024, as previously reported to the Court. It should be noted that Mr. Myers did also submit to urinalysis testing with the U.S. Probation Office on January 8, 2024, which tested negative for cocaine.

Mr. Myers signed a drug use denial form denying any recent or knowing use of cocaine, as indicated during testing. On January 19, 2024, the lab report specific to Mr. Myers' January 11, 2024, urinalysis sample was received by the U.S. Probation Office, that which confirmed the client's urinalysis sample as being both positive for cocaine metabolite and dilute.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 22, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

January 22, 2024
Date